| | | |
|---|---|---|
| KATINA COLBERT, et. al. | : | |
| Plaintiffs, | : | |
| v. | : | |
| | | 1:13-cv-00531-RMC |
| DISTRICT OF COLUMBIA, et. al. | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF CATHERINE D. BERTRAM

Comes now Catherine D. Bertram of Bertram & Amell, PLLC, co-counsel for Plaintiffs, pursuant to DC R USDCT LCvR 83.6(b), with the consent of Plaintiff Jacqueline Colbert and Plaintiff Katina Colbert's court-appointed guardian, and files notice of her withdrawal of representation of Plaintiffs in this action. Ms. Bertram states as follows:

1.     No trial date in this action has been set. DC R USDCT LCvR 83.6(b) provides that "[i]f no trial date has been set, an attorney may withdraw an appearance in a civil action by filing a notice of withdrawal signed by the attorney and the party represented, if another attorney has previously entered an appearance on behalf of the party."

2.     Two attorneys currently represent Plaintiffs in this action: Catherine D. Bertram and Harvey S. Williams. Mr. Williams and Ms. Bertram were previously law partners in the law firm Williams Bertram, PLLC. The firm is now dissolved. Ms. Bertram is now part of a new firm and partnership, Bertram & Amell PLLC. Ms. Bertram's current practice focuses on cases involving medical malpractice and personal injury.

3.     This case involves claims asserted by the following Plaintiffs:

a.   Plaintiff Katina Colbert, who is intellectually disabled and under the care and supervision of the District of Columbia at a facility. Katina Colbert is the mother of the decedent, T.C., born April 3, 2011. Katina Colbert had joint legal custody of the decedent at all relevant times, including the time of T.C.'s death on April 18, 2012.

b.   Plaintiff Jacqueline Colbert is the maternal grandmother of decedent T.C. and the mother of Katina Colbert. Jacqueline Colbert had joint legal and sole physical custody of the decedent infant, T.C. Jacqueline Colbert is also the duly appointed Personal Representative of the Estate of T.C., the minor decedent.

4.     A petition for the appointment of guardian for Katina Colbert was filed by Cathy R. Anderson, Deputy Director of the Developmental Disabilities Administration on July 1, 2014. The petition was granted on August 7, 2014 by the Honorable Erik P. Christian.

5.     Ms. Caren Webb, RN, JD, is currently Plaintiff Katina Colbert's court-appointed Guardian.

6.     On December 22, 2015, Ms. Webb, acting as Guardian for Katina Colbert,  spoke with Ms. Bertram and consented to the withdrawal of Ms. Bertram in this action. *See* her signature below.

7.     On December 23, 2015, Ms. Bertram spoke with Plaintiff Jacqueline Colbert who also gave her consent to Ms. Bertram's request to withdraw as her attorney and for the attorney of the estate of T.C. *See* her signature below and attached statement.

8.      Attorney Harvey S. Williams still represents Plaintiffs in this matter.

WHEREFORE, counsel respectfully requests that this Honorable Court Withdrawal the Appearance of Attorney Catherine D. Bertram and her firm, Bertram & Amell, PLLC, from this action.

Respectfully submitted,

Catherine Bertram #42052
bertram@bertramamell.com
Bertram & Amell, PLLC
1100 Vermont Avenue, N.W.
Suite 500
Washington, D.C. 20005
Tel:    (202) 803-5800
Fax:    (202) 803-6814

**Co-Counsel for Plaintiffs**


Caren Webb, Esq.
1308 9th St., NW
Suite 250
Washington, DC 20001

*Guardian of Plaintiff Katina Colbert*


Jaqueline Colbert
1115 Booth Lane
Capital Heights, MD 20743

*Plaintiff and appointed Personal Representative
of the Estate of T.C.*

My name is Jacqueline Colbert.

I am the mother of Katina Colbert who is also a plaintiff in this case.

I am the grandmother and Personal Representative of the Estate of the deceased infant T.C.

I spoke with Catherine Bertram one of my attorneys on December 23, 2015. She explained the situation to me and answered all of my questions.

I agree with Ms. Bertram's request to withdraw as my attorney and as the attorney for the Estate of D.C. in this lawsuit.

I further understand that Mr. Harvey S. Williams will continue to represent me and that I can reach him at 202-462-5900.


_Jacqueline Colbert_
Jacqueline Colbert

_12/27/15_
Date

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of January, 2016, a copy of the foregoing Notice of Withdrawal of Appearance of Catherine D. Bertram was sent via electronic mail, to:

Alex Karpinski, Esquire
Christina E. Cobb, Esquire
Shana L. Frost, Esquire
Office of the Attorney General
441 Fourth St., N.W.
Suite 630 South
Washington, DC  20001

Robert W. Hesselbacher, Esq.
Wright, Constable & Skeen LLP
100 N. Charles Street
16th Floor
Baltimore, MD  21201

Harvey S. Williams
Williams Legal Group
1666 Connecticut Ave.
Suite 250
Washington, DC 20006

By: _____
Catherine D. Bertram